UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: PURCHASEPRO.COM, INC. SECURITIES LITIGATION<br><br>Plaintiff, | No. CV-S-01-0483-JLQ<br><br>**CLASS ACTION**<br><br>PRELIMINARY NOTICE OF SETTLEMENT HEARING DATE |

The court has before it for its consideration Plaintiff's Motion For Certification Of A Settlement Class and also a Motion For Preliminary Approval Of Settlement, Directing Notice Of Pendency And Settlement Of Class Action And Setting Hearing Date For Final Approval Of Settlement. Orders on the foregoing Motions have not been approved or entered and are subject to receipt by the court of proposed Orders containing the court's modifications.

In order that counsel may arrange their calendars, counsel are advised that if the court enters the foregoing Orders, the court intends to conduct the Settlement Hearing in Las Vegas, Nevada on Tuesday, October 10, 2006 commencing at the hour of 9:30 a.m.

The Clerk of this court shall enter this Preliminary Notice and forward copies to counsel.

**DATED** this 14th day of July 2006.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1



